**THE LAW OFFICES OF MARTIN E. RESTITUYO, P.C.**
1325 Avenue of the Americas, 28th Floor, New York, New York 10019

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

June 25, 2025

**VIA ECF AND EMAIL**

Hon. Jennifer E. Willis
U.S. Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   **Sanchez v Mogools, Inc., Case No. -:24-cv-2588 (KPF)(JW)**

Dear Judge Willis:

    This firm represents the defendant Eliezer Garcia in the above-mentioned matter. I am writing to respectfully request an adjournment of the settlement conference scheduled for tomorrow, June 26, 2025, at 10:30 am.

    Our client has just informed us that he is unable to attend the conference due to his eldest daughter's graduation, which is scheduled for the same date and time. A copy of the school's email with the graduation details is attached as Exhibit A.

    We respectfully request that the Court grant a brief extension and reschedule the settlement conference to a later date convenient to the Court and all parties.

    We apologize for the short notice and appreciate the Court's understanding and patience under these circumstances.

Very truly yours,

_____
Martin E. Restituyo, Esq.

---

The request is **GRANTED.** The parties are to meet and confer and email courtroom deputy Christopher Davis, Christopher_Davis@nysd.uscourts.gov, mutually agreeable dates in August and September by **July 11, 2025**. Absent extraordinary circumstances, no further adjournments will be granted. SO ORDERED.

*Jennifer E. Willis*
JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
June 25, 2025