UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS MIGUEL SANCHEZ,

                              Plaintiff,

               -against-

MOGOOLS, INC. and ELIEZER GARCIA,

                            Defendants.
-----------------------------------------------------------------

**ORDER**
**24-CV-2588 (KPF) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

A settlement conference was held on September 9, 2025. The parties were unable to reach a settlement. The parties are reminded of their obligation to provide Judge Faila a status update by September 15, 2025.

SO ORDERED.

DATED:   New York, New York
              September 9, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge