THE LAW OFFICES OF
# FAUSTO E. ZAPATA, JR., P.C.

Broadway Chambers Building
277 Broadway, Suite 501
New York, New York 10007

Tel: 212-766-9870 / Fax: 212-766-9869
Email: fz@fzapatalaw.com
Web: www.LaborEmploymentLawFirm.com

December 7, 2025

Katherine Polk Failla
U.S. District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007



Re:    Luis Miguel Sanchez v. Mogools, Inc., et al., SDNY
       Case No. 24 Civ. 2588 (KPF)(JW)

Dear Judge Polk Failla,

We represent Plaintiff Luis Miguel Sanchez and respectfully submit this letter motion to request a ten-day extension of time to file the proposed Order to Show Cause for default judgment. Pursuant to Your Honor's Individual Rules of Practice, we provide the following information in support of our request:

- **(i) Original Due Date:** The original deadline to file the proposed Order to Show Cause was December 5, 2025.

- **(ii) Number of Previous Requests:** This is our first request for an extension of this deadline.

- **(iii) Disposition of Previous Requests:** Not applicable.

- **(iv) Reason for Request:** This brief extension is necessary as we have experienced unforeseen difficulty communicating with our client to finalize his affidavit of damages. We have been awaiting his final review and signature since December 5, 2025, and require additional time to complete this step.

- **(v) Adversary's Consent:** Consent was not sought from the Defendants. The corporate defendant, Mogools, Inc., has failed to appear through counsel and is in default. The individual defendant, Eliezer Garcia, is proceeding *pro se* and has been non-responsive throughout this litigation. Given the Defendants' failure to appear or defend this action, we respectfully submit that they will not be prejudiced by this brief extension.

This requested extension does not affect any other scheduled dates, as all other deadlines have been adjourned *sine die*. We therefore respectfully request that the deadline to file the proposed Order to Show Cause be extended to December 15, 2025.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

Fausto E. Zapata, Jr.

Application GRANTED.  The deadline for Plaintiff to submit
his proposed Order to Show Cause Without Emergency Relief,
previously due or or before December 5, 2025, is ADJOURNED
*nunc pro tunc* to on or before **December 15, 2025.**

The Court reminds Plaintiff to follow its Individual Rules of
Practice in Civil Cases, *see* Rule 4(I) and Attachment A — in
particular, the requirement that Plaintiff obtain a signed
Certificate of Default from the Clerk's Office before filing
the proposed Order to Show Cause Without Emergency Relief and
supporting documents.

Dated:     December 8, 2025        SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

C:     File