THE LAW OFFICES OF
# FAUSTO E. ZAPATA, JR., P.C.

Broadway Chambers Building
277 Broadway, Suite 501
New York, New York 10007

Tel: 212-766-9870 / Fax: 212-766-9869
Email: fz@fzapatalaw.com
Web: www.LaborEmploymentLawFirm.com

December 15, 2025

Katherine Polk Failla
U.S. District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007



Re:    Luis Miguel Sanchez v. Mogools, Inc., et al., SDNY
Case No. 24 Civ. 2588 (KPF)(JW)

Dear Judge Polk Failla,

We represent Plaintiff Luis Miguel Sanchez and respectfully submit this letter motion to request a one-day extension of time to file the proposed Order to Show Cause for default judgment. Pursuant to Your Honor's Individual Rules of Practice, we provide the following information in support of our request:

- **(i) Original Due Date:** The original deadline to file the proposed Order to Show Cause was December 15, 2025.

- **(ii) Number of Previous Requests:** This is our second request for an extension of this deadline.

- **(iii) Disposition of Previous Requests:** granted.

- **(iv) Reason for Request:** We tried to upload our Order to Show Cause multiple between 11:40 PM and 12:00 AM without success. The electronic case filing system would not even process my papers. We require additional time to contact the ECF help desk for assistance.

- **(v) Adversary's Consent:** Consent was not sought from the Defendants. The corporate defendant, Mogools, Inc., has failed to appear through counsel and is in default. The individual defendant, Eliezer Garcia, is proceeding *pro se* and has been non-responsive throughout this litigation. Given the Defendants' failure to appear or defend this action, we respectfully submit that they will not be prejudiced by this brief extension.

This requested extension does not affect any other scheduled dates, as all other deadlines have been adjourned *sine die*. We therefore respectfully request that the deadline to file the proposed Order to Show Cause be extended to December 16, 2025.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

Fausto E. Zapata, Jr.

Application GRANTED *nunc pro tunc*.  The Clerk of Court is
directed to terminate the pending motion at docket entry 70.

Dated:    December 17, 2025            SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

C:    File