UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS MIGUEL SANCHEZ,

　　　　　Plaintiff,

　　-v.-

MOGOOLS, INC. and ELIEZER
GARCIA,

　　　　　Defendants.

24 Civ. 2588 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is aware that, at the direction of the Clerk's Office, Plaintiff has re-filed his proposed default judgment and supporting documents. (*See* Dkt. #77-80). The Clerk's Office instructed Plaintiff to do so in order to remedy filing deficiencies that did not affect the substance of the documents. But one day before Plaintiff re-filed his documents, the Court substantially adopted Plaintiff's proposed Order to Show Cause and entered such an Order on December 17, 2025. (*See* Dkt. #76). As a result, the Court will not address the refiled documents at docket entries 77 through 80, which it understands to be duplicative of the documents it reviewed in deciding to enter the Order to Show Cause at docket entries 71 through 74.

SO ORDERED.

Dated:　　December 19, 2025
　　　　　New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge